**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Mario Arian Ruiz,<br><br>Defendant. | No. CR-19-00203-004-PHX-DLR<br><br>**DETENTION ORDER** |

On March 24, 2020, the Court conducted a Pretrial Release Revocation Hearing on the Petition for Action on Conditions of Pretrial Release filed February 27, 2020. Counsel proceeded by proffer. The Court has considered the United States' Memorandum in Support of Defendant's Detention Pending Sentence, Defendant's proffer, and all information presented.

The Court finds that the Defendant pled guilty to the Class B felony offense of Aiding and Abetting the Possession with Intent to Distribute 50 Grams or More of Methamphetamine (Doc. 92, 93) on October 8, 2019. Judge Rayes accepted the plea on October 24, 2019. (Doc. 94). Sentencing is scheduled for April 27, 2020. That Defendant is facing a minimum sentence of five years in prison and a maximum of forty years is undisputed. 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii). Pursuant to 18 U.S.C. § 3143(a)(2), the Court shall order the Defendant detained awaiting imposition of sentence unless the Court finds by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to any other person or the community. The Government proffered no

information regarding the Defendant's arrest for misdemeanor Assault per Domestic Violence, Disorderly Conduct per Domestic Violence, and Preventing Use of a Telephone in an Emergency. The Defendant is pending trial on those charges and contests them. Pretrial Services in its Memorandum dated February 26, 2020 relates that [t]he Defendant and his girlfriend engaged in an altercation during which she sustained injury on her head and shoulders . . . ." Pretrial Services previously reported that the Defendant successfully completed the 120 day Crossroads treatment program, maintained employment, submitted negative drug tests, was polite and respectful. (Doc. 87). The Defendant has a seven year old son. (Doc. 47). Defendant has a criminal history that is ten years old. (Doc. 24).

The Court does find by clear and convincing evidence that the Defendant is not likely to flee. The Court does not find by clear and convincing evidence that the Defendant does not pose a danger to any other person or the community.

Therefore,

IT IS ORDERED revoking the Defendant's release and detaining the Defendant pursuant to 18 U.S.C. § 3143(a)(2) pending sentence.

IT IS FURTHER ORDERED granting the Petition for Action on Conditions of Pretrial Release (Doc. 119) for the reasons set forth herein.

Dated this 25th day of March, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge